liam Schrum, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

CODY et al., Appellants, v. MAYER, Respondent. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by William F. Cody and others against Joseph Mayer. E. Potter, for appellants. T. A. McCole, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COGAN et al., Respondents, v. DONNELLY et al., Appellants. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by John F. Cogan and others against William F. Donnelly and others. W. L. Stone, for appellants. C. V. Pallister, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

COHEN, Respondent, v. PRESTON, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Jacob Cohen against Charles C. Preston and another.

PER CURIAM. Judgment and order of the Municipal Court reversed, and new trial ordered, costs to abide the event, for error in the admission of evidence as to payments made to other persons, and also upon the ground that the agreement on which the action is based is without consideration.

In re COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR. (Supreme Court, Appellate Division, Fourth Department, March 8, 1911.) In the matter of the Committee on Character and Fitness of Applicants for Admission to the Bar. No opinion. Resignation of Hon. Henry Purcell as a member and chairman of the committee in the Fifth judicial district accepted and filed. William G. Tracy, Esq., now a member of said committee, designated as chairman thereof. George W. Reeves, Esq., of Watertown, appointed a member of the committee to fill the vacancy.

CONWAY et al., Respondents, v. BEVIN, Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1911.) Action by Florence B. Conway and others, infants, etc., by Frank Baldwin, their guardian ad litem, against O. C. Bevin. No opinion. Judgment of the Municipal Court affirmed, with costs.

COOK et al. v. STOCKWELL et al. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by Sarah E. Cook and others, as executors against Maria L. Stockwell, individually and as executrix, impleaded with Julia B. Freeman as ancillary administratrix, and others. N. Johnson, for ap-

pellant. C. A. Hart, for respondent. No opinion. Judgment, so far as appealed from, affirmed, with costs. Order filed.

COOK, Respondent, v. VILLAGE OF MOHAWK, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) Action by William D. Cook against the Village of Mohawk.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

McLENNAN, P. J., and ROBSON, J., dissent, and vote for reversal.

CORRELL, Appellant, v. CORRELL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Catherine Correll, otherwise known as Katherine Kastenhuber, against Maryette Correll and others. No opinion. Judgment affirmed, with costs.

CROKER v. CROKER. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Appeal from Special Term, New York County. Action by Ella J. Croker against Edward F. Croker. From an order directing payment of alimony and counsel fee pending a suit for divorce, defendant appeals. Modified and affirmed. David M. Neuberger, for appellant. Charles E. F. McCann, for respondent.

PER CURIAM. The order appealed from should be modified, so as to reduce the alimony to the sum of $200 per month for the support of the two infant children, and by striking out the provision for counsel fee, and, as so modified, affirmed, without costs of this appeal.

CROUSE, Appellant, v. McVICKAR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Charles E. Crouse against Dorothea Edgarita McVickar and others.

PER CURIAM. Judgment modified, by striking therefrom the words "upon the merits," and, as so modified, affirmed, with costs.

McLENNAN, P. J., not sitting.

CULHANE, Appellant, v. BEHRENS et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Maria Culhane against Charles H. Behrens and another. No opinion. Judgment unanimously affirmed, with costs.

CURTIN v. WHEELEHAN. (Supreme Court, Appellate Term. May 4, 1911.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Daniel Curtin against Matthew J. Wheelehan. Judgment for plain-